**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7163**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JAMAL H. ALFRED, a/k/a Joshua Al Hall, a/k/a JA,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:03-cr-00017-GCM-1)

Submitted:  December 20, 2016          Decided:  December 22, 2016

Before GREGORY, Chief Judge, and WYNN and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jamal H. Alfred, Appellant Pro Se. Thomas A. O'Malley, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jamal H. Alfred appeals from the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion.* We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Alfred, No. 3:03-cr-00017-GCM-1 (W.D.N.C. Dec. 16, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

* Although the district court granted Alfred's § 3582(c)(2) motion, the reduction granted by the court did not reduce Alfred's sentence to the full extent he requested.

2